# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              Case No. **6:04-cr-51-Orl-22DAB**

**CEDRIC CULPEPPER**

---

## PRAECIPE FOR APPEARANCE

I hereby accept the appointment to represent **CEDRIC CULPEPPER**, defendant in the above-styled cause in accordance with the provisions of the Order of August 5, 1965, of the District Judges of the Middle District of Florida for Implementation for Representation of Defendants under the Criminal Justice Act of 1964.

Accordingly, I request the Clerk to enter my appearance as attorney for **CEDRIC CULPEPPER** in response to the foregoing designation.

May 19, 2008

_____
Attorney for Defendant

Attorney's Name, Address & Phone:

ALAN SCOTT HARRISON, ESQUIRE
1801 Lee Rd., Suite 360
Winter Park, FL 32789-2165
(407) 644-0134